No. 256. SAMUEL W. SCOTT ET AL. *v.* IDA B. W. BOOTH. Error to the Supreme Court of the State of Missouri. Argued April 26, 27, 1920. Decided May 17, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Schlosser* v. *Hemphill*, 198 U. S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana*, 226 U. S. 99, 101; *Grays Harbor Co.* v. *Coats-Fordney Co.*, 243 U. S. 251, 255; *Bruce* v. *Tobin*, 245 U. S. 18, 19. *Mr. H. M. Langworthy* and *Mr. Jackson H. Ralston*, with whom *Mr. Bruce Barnett, Mr. O. H. Dean, Mr. Stanley D. Willis, Mr. R. B. Thomson* and *Mr. J. T. Montgomery* were on the brief, for plaintiffs in error. *Mr. C. W. Prince*, with whom *Mr. A. E. Crane* was on the brief, for defendant in error.